# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 215 WAL 2023
:
Respondent    :
:    Petition for Allowance of Appeal
:    from the Order of the Superior Court
v.    :
:
:
LUCAS GUGGENHEIMER,    :
:
Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 216 WAL 2023
:
Respondent    :
:
:    Petition for Allowance of Appeal
:    from the Order of the Superior Court
v.    :
:
:
LUCAS GUGGENHEIMER,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.